

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

United States Attorney's Office

610 Federal Plaza
Central Islip, New York 11722-4454

May 29, 2012

Seth L. Rosenberg, Esq.
Isabell A. Kirschner, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165

                    Re:  United States v. Gilbert Chang
                         Cr. No. 12 CR 175 (SJF)

Dear Mr. Rosenberg and Ms. Kirschner:

        Please find enclosed the government's discovery in
accordance with Rule 16 of the Federal Rules of Criminal
Procedure.  The government also requests reciprocal discovery
from the defendant.

    1.    Statements of Defendant to Law Enforcement

        Defendant Chang was interviewed at the time of search
warrant execution in January 2008.  In sum and substance, Chang
claimed that he was not the owner of the restaurants; he was just
the manager.  Chang claimed his mother was the owner of the three
restaurants and that he was paid $500 per week from each of the
three restaurants.  Chang initially claimed that his wife did not
work at the restaurants and later admitted that she was employed
as a bookkeeper.  Chang claimed that he gave his accountant bank
statements, weekly daily sheets, yearly spreadsheets and day
receipts for all restaurants for the preparation of the
restaurants' tax returns.  Chang stated that he believed the
accountant was able to correctly report all gross receipts from
the restaurants.Chang claimed that all cash receipts were
reported.  Thereafter Chang provided additional spreadsheets
reflecting cash income for each of the restaurants for 2006 and
2007 tax years which he stated were prepared by his wife.  Chang
claimed that these spreadsheets had been provided to the
accountant.  Chang claimed that all the residents of the
restaurant were legal U.S. residents.

2.   <u>Documents and Tangible Objects</u>

A.   The following records are attached:

| Description | Bates Pages |
|---|---|
| Compact Disk containing HSBC bank records, Asia Bank records, WAMU bank records, accountant records, Grand Jury Exhibits and Search Warrant Materials/Inventories | Compact Disk |

B.   The following records are available for inspection:

| Description |
|---|
| Items seized in January 2008 Search Warrant Executions as reflected in Search Warrant Inventories |
| Additional Bank Records |

3.   <u>Brady Material</u>

The Government is not aware of any exculpatory material or information discoverable under <u>Brady v. Maryland</u>, 373 U.S. 83 (1963) and its progeny.  The Government is aware of its continuing duty to disclose exculpatory information.  If and when such information becomes known to the Government, it will be promptly disclosed.

4.   <u>Other Crimes, Wrongs or Acts</u>

The government will notify you in advance of trial of the substance of any Rule 404(b) evidence.

5.   <u>The Defendant's Required Disclosure</u>

The Government asserts its right at this time to reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  Specifically, we request that you provide us with all discoverable material specified under Rule 16(b)(1)(A), (B) and (C).

Please be advised that the Government also requests the production of all statements by defense witnesses pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure.

3

In order to avoid any unnecessary delays, we request that copies of these statements be made available to the Government at the commencement of trial.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: _____
Allen L. Bode
Assistant U.S. Attorney
(631)715-7828

Enclosure

cc:  The Honorable Sandra J. Feuerstein (without encl.)