

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

August 9, 2012

Isabell A. Kirschner, Esq.
Seth L. Rosenberg, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue
New York, NY 10165

       Re:  United States v. Gilbert Chang
            Cr. No. 12 CR 175 (SJF)

Dear Ms. Kirschner and Mr. Rosenberg:

    Please find enclosed a disk containing the materials you requested from the IRS.

                          Very truly yours,

                          LORETTA E. LYNCH
                          United States Attorney

                By:  _____
                      Allen L. Bode
                      Assistant U.S. Attorney
                      (631)715-7828

Enclosure

cc:  The Honorable Sandra J. Feuerstein (without encl.)