FR:bsg
F#: 2005R02253

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -

GILBERT CHANG,

        Defendant.

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ Oct   15 2013   ★

LONG ISLAND OFFICE

FINAL ORDER OF FORFEITURE

12-CR-0175

(Feuerstein, J.)

WHEREAS, on May 21, 2013, GILBERT CHANG (the "Defendant") entered a plea of guilty to Count Six of the above-captioned indictment, charging a violation of 31 U.S.C. § 5324(a)(3);

WHEREAS, on May 30, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure directing (a) the entry of a money judgment against the Defendant in sum of five hundred thousand dollars and no cents ($500,000.00) (the "Forfeiture Money Judgment") and (b) the forfeiture of the real property and premises located at 24 Windmere Way, Woodbury, New York 11797, together with its respective buildings, appurtances, improvements, fixtures, attachments, easements and furnishings, designated as Section 14, Block 37 and Lot 24 on the Nassau

County Tax Map (the "Windmere Way Property"), as property, real or personal, that was involved in a violation of 31 U.S.C. § 5324(a)(3), or a conspiracy to commit such a violation, or property traceable thereto and/or as substitute assets, pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture of the Windmere Way Property was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning on June 19, 2013 through and including July 18, 2013; and

WHEREAS, on or about June 18, 2013, the United States of America served copies of the Preliminary Order of Forfeiture on potential claimant Wachovia Bank, N.A., which may hold a mortgage note secured by the Windmere Way Property; and

WHEREAS, to date, Wachovia nor any other third party has filed with the Court any petition or claim in connection with the Windmere Way Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 31 U.S.C. § 5317(c) and 21 U.S.C. § 853(p) and the Preliminary Order of Forfeiture, all right, title, and interest in the amount of the Forfeiture Money Judgment and the Windmere Way Property are hereby condemned, forfeited, and vested in the United States of America; and

United States v. Gilbert Chang, 12-cr-0175 Final Order of Forfeiture

IT IS FURTHER ORDERED that the Internal Revenue Service, or their duly authorized agents and/or contractors be, and hereby are, directed to take into custody and dispose of the Windmere Way Property and any amounts paid towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the net proceeds of the sale of the Windmere Way Property shall be deposited by the Internal Revenue Service into the Asset Forfeiture Fund; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that "net proceeds" are defined as the gross proceeds of the sale of the Windmere Way Property less: (a) all costs incurred by the Internal Revenue Service in connection with the maintenance, repair, marketing and sale of the property; (b) real estate commissions, if any; (c) amounts due, if any, to mortgagees or lienholders whose liens were validly recorded before entry of the United States' Notice of Pendency; (d) real estate property taxes due and owing; (e) insurance costs, if any; (f) escrow fees; (g) document recording fees not paid by the buyer; (g) title fees; (h) and document recording fees and mortgage tax to the extent not paid by buyer; and (i) any county transfer taxes due and owing; and

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary; and

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Order and the Preliminary Order of Forfeiture; and

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail five certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York, 11201, ATTN: FSA Asset Forfeiture Paralegal Brian Gappa.

Dated: Central Islip, New York
       October 15, 2013

                    s/ Sandra J. Feuerstein

                    _____
                    HONORABLE SANDRA J. FEUERSTEIN
                    UNITED STATES DISTRICT JUDGE